583 A.2d 326

THE RAMAPO BANK v. VANGUARD TRAVEL, INC.
AND RICHARD E. CLARK.

February 26, 1990.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Freda v. Commercial Trust Company of New Jersey,* 118 *N.J.* 36, 570 *A.*2d 409 (1990).

583 A.2d 326

THE RAMAPO BANK v. VANGUARD TRAVEL, INC.
AND RICHARD E. CLARK.

February 26, 1990.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Freda v. Commercial Trust Company of New Jersey,* 118 *N.J.* 36, 570 *A.*2d 409 (1990).

583 A.2d 326

CHARLES M. LUKIE v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

February 26, 1990.

Petition for certification denied.